## No. 17,380.

BAIRD, AS NEXT FRIEND OF BRUMFIELD
*v.* HOWARD ET AL.
(276 P. [2d] 750)

Decided November 22, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. COLLINS & SALAZAR, for plaintiff in error.

Mr. JOSEPH D. NEFF, Mr. A. E. SMALL, JR., for defendants in error.